# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ROSS,

    Petitioner,

vs.

WARDEN WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-01527-JCM-PAL

**ORDER**

    Petitioner having submitted a motion for an extension of time to file first amended petition (first request) (#13), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for an extension of time to file first amended petition (first request) (#13) is **GRANTED**. Petitioner shall have through April 24, 2015, to file and serve an amended petition for a writ of habeas corpus.

    DATED: February 25, 2015.

_____
JAMES C. MAHAN
United States District Judge