1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8
9    RONALD ROSS,
10          Petitioner,                    Case No. 2:14-cv-01527-JCM-PAL
11   vs.                                   **ORDER**
12   WARDEN WILLIAMS, et al.,
13          Respondents.
14
15          Petitioner having submitted a motion for an extension of time to file first amended petition
16   (second request) (#15), and good cause appearing;
17          IT IS THEREFORE ORDERED that petitioner's motion for an extension of time to file first
18   amended petition (second request) (#15) is **GRANTED**.  Petitioner shall have through June 8, 2015,
19   to file and serve an amended petition for a writ of habeas corpus.
20          DATED:  May 5, 2015.
21
22                                                  _____
23                                                  JAMES C. MAHAN
                                                    United States District Judge
24
25
26
27
28