UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD ROSS,

    Petitioner,

vs.

WARDEN WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-01527-JCM-PAL

**ORDER**

Respondents have filed a motion for enlargement of time (first request) (#23). Respondents ask for additional time to oppose petitioner's requests to file an amended petition and for additional time to file an amended petition, but no such requests are pending. Respondents did have a deadline to file a response to the amended petition (#17) on the date that they filed the motion for enlargement of time (#23), and the court will construe the motion as a request for additional time to file a response to the amended petition.

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#23) is **GRANTED**. Respondents will have through October 13, 2015, to file and serve an answer or other response to the amended petition (#17).

DATED: September 4, 2015.

_____
JAMES C. MAHAN
United States District Judge