# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ROSS,

    Petitioner,

vs.

WARDEN WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-01527-JCM-PAL

**ORDER**

    Respondents having filed a motion for enlargement of time (second request) (#25), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (second request) (#25) is **GRANTED**.  Respondents will have through November 20, 2015, to file and serve an answer or other response to the amended petition (#17).

    DATED:  October 19, 2015.

_____
JAMES C. MAHAN
United States District Judge