# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ROSS,

    Petitioner,

vs.

WARDEN WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-01527-JCM-PAL

**ORDER**

Respondents having filed an amended motion for enlargement of time (third request) (#28), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' amended motion for enlargement of time (third request) (#28) is **GRANTED**. Respondents will have through January 4, 2016, to file and serve an answer or other response to the amended petition (#17).

DATED: November 24, 2015.

_____
JAMES C. MAHAN
United States District Judge