# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ROSS,

     Petitioner,

vs.

WARDEN WILLIAMS, et al.,

     Respondents.

Case No. 2:14-cv-01527-JCM-PAL

**ORDER**

     Petitioner having filed an unopposed motion for enlargement of time (first request) (#31), and good cause appearing;

     IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time (first request) (#31) is **GRANTED**.  Petitioner will have through February 19, 2016, to file and serve a response to the motion to dismiss (#30).

     DATED:  January 26, 2016.

JAMES C. MAHAN
United States District Judge