# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RONALD ROSS,

    Petitioner,

vs.

WARDEN WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-01527-JCM-PAL

**ORDER**

    Petitioner having filed an unopposed motion for enlargement of time (second request) (Doc. #34), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time (second request) (Doc. #34) is **GRANTED**. Petitioner will have through March 21, 2016, to file and serve a response to the motion to dismiss (Doc. #30).

    DATED: March 3, 2016.

_____
JAMES C. MAHAN
United States District Judge