# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RONALD ROSS,

          Petitioner,

v.

CALVIN JOHNSON, et al.,

          Respondents.

Case No. 2:14-cv-01527-JCM-BNW

**ORDER**

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 57), and good cause appearing;

It is therefore ordered that respondents' unopposed motion for extension of time (first request) (ECF No. 57) is granted. Respondents will have up to and including October 10, 2022, to file their response to this court's May 27, 2022, order (ECF No. 54).

Dated: September 14, 2022

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE