**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD ROSS, | Case No. 2:14-cv-01527-JCM-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 61), and good cause appearing;

It is therefore ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 61) is granted. Petitioner will have up to and including December 2, 2022, to file his reply to this court's May 27, 2022, order (ECF No. 54).

Dated: December 1, 2022.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE