# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ROSS, | Case No. 2:14-cv-01527-JCM-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 70), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 70) is granted. Respondents will have up to and including May 2, 2023, to file their response to Petitioner's motion seeking other appropriate relief.

Dated: March 7, 2023.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE