# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ROSS, | Case No. 2:14-cv-01527-JCM-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

Petitioner Ronald Ross having filed an unopposed motion for extension of time (first request) (ECF No. 76), and good cause appearing;

It is therefore ordered that Petitioner Ronald Ross's unopposed motion for extension of time (first request) (ECF No. 76) is granted. Petitioner will have up to and including November 30, 2023, to file his reply in support of his amended petition.

Dated: September 6, 2023.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE