# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RONALD ROSS,

Petitioner,

v.

CALVIN JOHNSON, et al.,

Respondents.

Case No. 2:14-cv-01527-JCM-BNW

**ORDER**

Petitioner Ronald Ross having filed a motion for extension of time (second request) (ECF No. 78), and good cause appearing;

It is therefore ordered that Petitioner Ronald Ross's motion for extension of time (second request) (ECF No. 78) is granted. Petitioner will have up to and including January 19, 2024, to file his reply in support of his amended petition.

Dated: December 1, 2021.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE